PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Chu Nguyen                                      Cr.:03-00061-01
                                                                   PACTS Number: 34916

Name of Sentencing Judicial Officer: Dickinson R. Debevoise

Date of Original Sentence: 08/15/05

Original Offense: Armed Bank Robbery and Theft, Embezzlement, and Misapplication by Bank Officer

Original Sentence: 78 months imprisonment, 36 months of supervised release

Type of Supervision: Supervised Release               Date Supervision Commenced: 09/16/08

## PETITIONING THE COURT

[ ]   To extend the term of supervision for         Years, for a total term of        Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The offender shall be placed on a Court-ordered $50.00 per month payment plan towards any and all Court-ordered financial obligations until the outstanding balance is satisfied. The offender's supervision term shall be allowed to expire as scheduled on September 15, 2011.

## CAUSE

The offender is in compliance with his conditions of supervised release. He is gainfully employed full-time and has made a good faith effort to pay his financial obligation.

Respectfully submitted,

By: Suzanne J. Golda
U.S. Probation Officer
Date: 06/03/11

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

June 13, 2011
Date